UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JENNIFER K. KEYS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-CV-00285-JMS-MJD ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff and **REVERSES** and **REMANDS** this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED.

Dated: 21 AUG 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.